IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10840-DD

_____

SOUTHERN-OWNERS INSURANCE
COMPANY,

          Plaintiff - Counter Defendant
          Appellee,

versus

MAC CONTRACTORS OF FLORIDA, LLC,
d.b.a. KJIMS Construction,

          Defendant - Counter Claimant
          Appellant,

PAUL S. DOPPELT,
Trustee of Paul S. Doppelt Revocable
Trust dated 12/08/90, et al.,

          Defendants.

_____

On Appeal from the United States District Court for the
Middle District of Florida

_____

BEFORE: ROSENBAUM, BRANCH and FAY, Circuit Judges.

BY THE COURT:

    On its own motion, the Court TRANSFERS Appellant's "Application for Appellate Attorneys' Fees" to the district court for a determination of the matters of entitlement and the reasonable amount of appellate attorney's fees, if any, to be awarded. See 11th Cir. R. 39-2(d).