UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOUTHERN-OWNERS
INSURANCE COMPANY,

      Plaintiff,

v.

                            Case No. 2:18-CV-21-JES-KCD

MAC CONTRACTORS OF
FLORIDA, LLC, PAUL S.
DOPPELT, TRUSTEE OF PAUL S.
DOPPELT REVOCABLE TRUST
DATED 12/08/90; AND DEBORAH
A. DOPPELT, TRUSTEE OF
DEBORAH A. DOPPELT
REVOCABLE TRUST DATED
12/08/90;

      Defendants,
_____/

## **ORDER**

Defendant MAC Contractors of Florida, LLC moves to vacate the bill of costs entered by the Court because of a typographical error. (Doc. 187.) Specifically, Defendant accidentally sought the cost judgment against itself instead of the opposing party, Plaintiff Southern-Owners Insurance Company. (*Id.* at 2-3.) Defendant also asks to file a corrected bill of costs that accurately reflects the judgment debtor. Plaintiff does not oppose the motion. (*Id.* at 3.)

2

With no opposition to the relief sought, the motion is **GRANTED**. The Clerk is directed to strike the existing bill of costs (Doc. 183). Defendant may file a corrected bill of costs on or before November 8, 2024.

**ORDERED** in Fort Myers, Florida on November 1, 2024.

Kyle C. Dudek
United States Magistrate Judge